IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE: ) CASE NO. 04-33094-DHW
    LYNDA MOYE SPEARS )
    SS No. xxx-xx-3340 )
) CHAPTER 13

## MOTION TO VOLUNTARILY DISMISS CHAPTER 13 BANKRUPTCY

**COMES NOW,** the debtor, Lynda Moye Spears, by and through her attorney of record, in the above entitled Chapter 13 proceeding and moves this Honorable Court to dismiss the Debtor's Chapter 13 Bankruptcy petition. In support of said motion, your debtor states as follows:

1.     The debtor no longer wants to continue her Chapter 13 Plan.

**WHEREFORE, THESE PREMISES CONSIDERED,** the Debtor respectfully moves this Honorable Court to dismiss her Chapter 13 Bankruptcy for the above stated reason.

Respectfully submitted this 3rd day of November, 2004.

                          BOND, BOTES, SHINN & DONALDSON, P.C.

              By:   /s/ Gail Donaldson
                         Gail Hughes Donaldson
                         Attorney for Debtor
                         400 South Union Street, Suite 230
                         Montgomery, Alabama 36104
                         Phone (334) 264-3363
                         Fax (334) 264-3340
                         GDonaldson@bondnbotes.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing motion on all parties listed below by mailing a copy of same to them on this the 3rd day of November, 2004.

Hon. Curtis C. Reding, Trustee (via electronic notice)
Lynda Spears, P.O. Box 82, Coy, AL 36435

                                       /s/ Gail Donaldson
                                       Gail Hughes Donaldson
                                       Attorney for Debtor