P.O. Box 82
Coy, Al 36435
Nov. 05, 2004

In reference to case # 04-33094

To: The Clerk of Bankruptcy Court:
Mr. Richard S. Oda:

I Lynda Moye Spears has been informed by my attorney on record, that she has filed a petition to voluntarily withdraw my case. However I do not want my case dismissed. Would you please comply with my wishes. In the mean time I will persue finding another attorney to represent me. Will inform you upon finding one.

Thank you
Lynda Moye Spears
334-337-4461