UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                    Case No. 04-33094-DHW
                                         Chapter 13
LYNDA MOYE SPEARS,

    Debtor.

## ORDER DENYING MOTION TO RECONSIDER

The debtor filed a motion to reconsider her voluntary dismissal of this chapter 13 bankruptcy case.

The motion came on for hearing on December 6, 2004.

This case was filed in violation of a 180-day bar issued by a another bankruptcy court. Accordingly, it is

ORDERED that the motion to reconsider is DENIED.

Done this 10 day of December, 2004.

                /s/ Dwight H. Williams, Jr.
                United States Bankruptcy Judge

c:  Debtor
     Gail Hughes Donaldson, Attorney for Debtor
     Curtis C. Reding, Trustee